# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__
NORTHERN DIVISION

Embry Wayne Hester as Personal
Rep. of the Estate of Martha Carolyn
Hester, dec.,

v.

Merck & Co., Inc., et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

2:06CV242-mht

TO: (Name and address of defendant)

Pfizer, Inc.
c/o The Corp. Co.
2000 Interstate Park Dr.
Ste. 204
Montgomery, AL. 36109

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tom Dutton
Elisabeth French
Pittman, Hooks, Dutton, Kirby & Hellums, P.C.
1100 Park Place Tower
B'ham, AL 35203

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

DATE 3/22/06

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                  Date

_____
Signature of Server

_____
Address of Server

---

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__
NORTHERN DIVISION

Embry Wayne Hester as Personal Rep. of the Estate of Martha Carolyn Hester, dec.,

v.

Merck & Co., Inc., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06CV242-mht

TO: (Name and address of defendant)

Merck & Co, Inc.
c/o The Corp. Co.
2000 Interstate Park Dr.
Ste. 204
Montgomery, AL. 36109

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tom Dutton
Elisabeth French
Pittman, Hooks, Dutton, Kirby & Hellums, P.C.
1100 Park Place Tower
B'ham, AL 35203

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(BY) DEPUTY CLERK

DATE 3/22/06

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
　　　　　　　Date　　　　　　　　　　　　　　Signature of Server

　　　　　　　　　　　　　　　　　　　　　　　　Address of Server

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

MIDDLE _____ DISTRICT OF ___ ALABAMA
NORTHERN DIVISION

Embry Wayne Hester as Personal
Rep. of the Estate of Martha Carolyn
Hester, dec.,
   v.

Merck & Co., Inc., et al.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

2:06CV242-MHT

TO: (Name and address of defendant)

Pharmacia & Upjohn Co.
c/o The Corp. Co.
2000 Interstate Park Dr.
Ste. 204
Montgomery, AL. 36109

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tom Dutton
Elisabeth French
Pittman, Hooks, Dutton, Kirby & Hellums, P.C.
1100 Park Place Tower
B'ham, AL 35203

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(BY) DEPUTY CLERK

3-22-06
DATE

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
              Date                                                    Signature of Server

                                                         _____
                                                         Address of Server

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__
__NORTHERN DIVISION__

Embry Wayne Hester as Personal
Rep. of the Estate of Martha Carolyn
Hester, dec,

V.

Merck & Co., Inc., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06CV242-mht

TO: (Name and address of defendant)

Pharmacia Corp., f/d/b/a 1933 Monsanto
c/o The Corp. Co.
2000 Interstate Park Dr.
Ste. 204
Montgomery, AL. 36109

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tom Dutton
Elisabeth French
Pittman, Hooks, Dutton, Kirby & Hellums, P.C.
1100 Park Place Tower
B'ham, AL- 35203

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*
CLERK

(signature) C. Baxley
(BY) DEPUTY CLERK

3/22/06
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                                Signature of Server

                                        _____
                                        Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# United States District Court

MIDDLE DISTRICT OF ALABAMA

NORTHERN DIVISION

Embry Wayne Hester as Personal Rep. of the Estate of Martha Carolyn Hester, dec.,

v.

Merck & Co., Inc., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:06CV242-MHT

TO: (Name and address of defendant)

G.D. Searle & Co.
1209 N. Orange St.
Wilmington, DE 19801-1120

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Tom Dutton
Elisabeth French
Pittman, Hooks, Dutton, Kirby & Hellums, P.C.
1100 Park Place Tower
B'ham, AL 35203

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

3/22/06
DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
               Date                    Signature of Server

                                       _____
                                       Address of Server

---

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.