| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*    B. Date of Delivery 3-23-06<br>C. Signature X _Lawson_ ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes   ☐ No   If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Pharmacia Corp. f/d/b/a<br>1933 Monsanto<br>c/o The Corp. Co.<br>2000 Interstate Park Dr.<br>Ste. 204    2:06cv242-T<br>Montgomery, AL. 36109 | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7005 1820 0007 2209 1109 |
| PS Form 3811, July 1999    Domestic Return Receipt | 102595-00-M-0952 |

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by *(Please Print Clearly)*    B. Date of Delivery 3-23-06<br>C. Signature X _Lawson_ ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes   ☐ No   If YES, enter delivery address below: |
| 1. Article Addressed to:<br><br>Pharmacia & Upjohn, Co.<br>c/o The Corp. Co.<br>2000 Interstate Park Dr.<br>Ste. 204<br>Montgomery, AL. 36109<br>2:06cv242-T | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? *(Extra Fee)*    ☐ Yes |
| 2. Article Number *(Copy from service label)* | 7005 1820 0007 2209 1086 |
| PS Form 3811, July 1999    Domestic Return Receipt | 102595-00-M-0952 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery<br>3-23-06 |
| | C. Signature<br>X _Lawson_ | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Pfizer, Inc.<br>c/o The Corp. Co.<br>2000 Interstate Park Dr.<br>Ste. 204<br>Montgomery, AL. 36109<br>2:06CV242-T | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Copy from service label) | 7005 1820 0007 2209 1079 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) | B. Date of Delivery<br>3-23-06 |
| | C. Signature<br>X _Lawson_ | ☐ Agent<br>☐ Addressee |
| 1. Article Addressed to:<br><br>Merck & Co., Inc.,<br>c/o The Corp. Company<br>2000 Interstate Park Dr.<br>Ste. 204<br>Montgomery, AL. 36109<br>2:06CV242-T | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered   ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D. | |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes | |
| 2. Article Number (Copy from service label) | 7005 1820 0007 2209 1062 | |
| PS Form 3811, July 1999 | Domestic Return Receipt | 102595-00-M-0952 |