| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly)  B. Date of Delivery<br>28 MAR 2006<br>C. Signature<br>X _____ ☐ Agent ☐ Addressee |
| 1. Article Addressed to:<br><br>G.D. Searle & Co.<br>1209 N. Orange St.<br>Wilmington, DE<br>19801-1120<br><br>06cv242 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered      ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Copy from service label) | 7005 1820 0007 2209 1093 |

PS Form 3811, July 1999       Domestic Return Receipt       102595-00-M-0952