## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| **EMBRY WAYNE HESTER** as Personal Representative of the Estate of Martha Carolyn Hester, deceased, § § § § § | | |
| Plaintiff, § | | |
| vs. § | CASE NO.: 2:06-CV-242-MHT | |
| **MERCK & CO., INC.** a New Jersey Corporation; et al., § § § | | |
| Defendants. § | | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendant Merck & Co., Inc. certify that Merck & Co. has no parent companies and that they are not aware of any corporation that owns more than ten percent of its common stock.

/s/ Benjamin C. Wilson
One of the Attorneys for Defendant
Merck & Co., Inc.

OF COUNSEL:
Robert C. "Mike" Brock (ASB-5280-B61R)
Benjamin C. Wilson (ASB-1649-I54B)
RUSHTON, STAKELY, JOHNSTON & GARRETT, P.A.
Post Office Box 270
Montgomery, Alabama 36101-0270
Telephone: (334) 206-3100
Fax: (334) 263-4157

## CERTIFICATE OF SERVICE

     I hereby certify that on April 12, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Tom Dutton, Esq.
Elisabeth French, Esq.
Pittman, Hooks, Dutton, Kirby & Hellums, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

                                          /s/ Benjamin C. Wilson