IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMBRY WAYNE HESTER, as PERSONAL REPRESENTATIVE of the ESTATE OF MARTHA CAROLYN HESTER,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO., INC., a New Jersey Corporation; PFIZER INC., a Delaware Corporation; PHARMACIA & UPJOHN COMPANY, a Delaware Company; PHARMACIA CORPORATION, 1933 MONSANTO, a Delaware Corporation; G.D. SEARLE, LLC., a Delaware Corporation,<br><br>    Defendants. | Case No. 2:06CV242-MHT |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Defendants Pfizer Inc., Pharmacia & Upjohn Company LLC (improperly captioned in Plaintiffs' Complaint as "Pharmacia & Upjohn Company"), Pharmacia Corporation, and G.D. Searle LLC (improperly captioned in Plaintiff's Complaint as "G.D. Searle, LLC"), submit this Corporate Disclosure Statement, and state:

1.  Pfizer Inc. does not have any parent corporations, and no publicly traded company owns 10% or more of Pfizer Inc.'s stock.

2.  Pharmacia & Upjohn Company LLC is a limited liability company whose sole member is Pharmacia Corporation.

3.  Pharmacia Corporation is a wholly-owned subsidiary of Pfizer, Inc.

4.  G.D. Searle LLC is a wholly-owned third tier subsidiary of Pharmacia Corporation.

Dated this 12th day of April, 2006.

Respectfully submitted,

/s/ Lawrence B. Clark
Lawrence B. Clark
Jason Asbell

OF COUNSEL:

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Wachovia Tower
420 North 20th Street, Suite 1600
Birmingham, Alabama 35203
Telephone: (205) 328-0480
Facsimile (205) 322-8007

### Certificate of Service

I hereby certify that on April 12, 2006, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to the party indicated on the electronic filing receipt listed below who may access this filing through the Court's electronic filing system.

Tom Dutton
PITTMAN HOOKS DUTTON KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203

/s/ *signature*
Of Counsel