IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EMBRY WAYNE HESTER, etc., )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>MERCK & CO., INC., a )<br>New Jersey Corporation, )<br>et al., )<br>)<br>   Defendants. ) | CIVIL ACTION NO.<br>2:06-242-MHT |

ORDER

It is ORDERED that the parties show cause, if any there be, in writing by no later than April 21, 2006, as to why this cause should not be stayed as to any court action pending MDL transfer.

DONE, this the 14th day of April, 2006.

                        /s/ Myron H. Thompson
                  UNITED STATES DISTRICT JUDGE