# Hughes Hubbard & Reed LLP

One Battery Park Plaza
New York, New York 10004-1482
Telephone: 212-837-6000
Fax: 212-422-4726

March 24, 2006

<u>VIA FEDERAL EXPRESS</u>

Michael J. Beck, Esq.
Catherine Maida
Judicial Panel on Multidistrict Litigation
Thurgood Marshall Federal Judiciary Building
One Columbus Circle, N.E. Room G-255, North Lobby
Washington, D.C. 20002-8004

      Re:     In re: Vioxx® Marketing, Sales Practices and Products
                 Liability Litigation, MDL Docket No. 1657

Dear Sir and Madam:

      Pursuant to J.P.M.L. Rule 7.5(e), Merck hereby notifies the Panel of potential "tag-along actions." This letter is Merck's 115th notification of potential "tag-along actions" and includes cases that have recently been filed in or removed to federal court. Courtesy copies of the complaints and docket sheets for these cases are enclosed.

1. *Adams v. Merck & Co., Inc.*, C.A. No. 2:06-cv-00081 (E.D. Ark.)
2. *Cline et al., v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00487 (E.D. Cal.)
3. *Freeman v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00477 (E.D. Cal.)
4. *Stark et al., v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00593 (E.D. Cal.)
5. *Winter v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00583 (E.D. Cal.)
6. *Brooks et al., v. Merck & Co., Inc.*, C.A. No. 5:06-cv-02021 (N.D. Cal.)
7. *Harper et al., v. Merck & Co., Inc. et al.*, C.A. No. 3:06-cv-00604 (W.D. Ky.)
8. *Sahi et al., v. Merck & Co., Inc. et al.*, C.A. No. 6:05-cv-01878 (W.D. La.)
9. *Bowman v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01117 (D. Minn.)
10. *Layfield v. Merck & Co., Inc.*, C.A. No. 0:06-cv-01118 (D. Minn.)
11. *Lala v. Merck & Co., Inc.*, C.A. No. 1:06-cv-02210 (S.D. N.Y.)
12. *Block v. Merck & Co., Inc. et al.*, C.A. No. 1:06-cv-00651 (N.D. Ohio)
13. *Naman v. Merck & Co., Inc. et al.*, C.A. No. 1:06-cv-00169 (E.D. Tex.)
14. *Bruening et al., v. Merck & Co., Inc.*, C.A. No. 4:05-cv-04024 (S.D. Tex.)
15. *Cheishvili v. Merck & Co., Inc.*, C.A. No. 5:06-cv-00237 (W.D. Tex.)

| | | | | | |
|---|---|---|---|---|---|
| 47, Avenue Georges Mandel | 1775 I Street, N.W. | 350 South Grand Avenue | 201 South Biscayne Boulevard | Akasaka Tokyu Building 6F | 101 Hudson Street |
| 75116 Paris, France | Washington, D.C. | Los Angeles, California | Miami, Florida | 2-14-3 Nagata-cho, Chiyoda-ku | Jersey City, New Jersey |
| (33) (1) 44.05.80.00 | 20006-2401 | 90071-3442 | 33131-4332 | Tokyo 100-0014 Japan | 07302-3918 |
| | 202-721-4600 | 213-613-2800 | 305-358-1666 | (81) (3) 3539-2771 | 201-536-9220 |

M00519l1962

Hughes Hubbard & Reed LLP

There is one new case that involves claims relating to prescription drugs other than Vioxx.

1. *Hester v. Merck & Co., Inc. et al.*, C.A. No. 2:06-cv-00242 (M.D. Ala.)

There are forty-nine new cases filed in the transferee court.

1. *Barke v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01358 (E.D. La.)
2. *Blackwelder v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01347 (E.D. La.)
3. *Brackeen v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01346 (E.D. La.)
4. *Bradford et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01313 (E.D. La.)
5. *Brown v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01373 (E.D. La.)
6. *Brown v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01294 (E.D. La.)
7. *Buckley v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01372 (E.D. La.)
8. *Christopherson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01371 (E.D. La.)
9. *Cimino v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01286 (E.D. La.)
10. *Courte v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01388 (E.D. La.)
11. *Dixon v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01387 (E.D. La.)
12. *Giger v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01359 (E.D. La.)
13. *Greenwood v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01389 (E.D. La.)
14. *Gross v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01362 (E.D. La.)
15. *Higgins et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01311 (E.D. La.)
16. *Huh v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01385 (E.D. La.)
17. *Johnson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01377 (E.D. La.)
18. *Kanitsch v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01375 (E.D. La.)
19. *Lane v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01356 (E.D. La.)
20. *Londino v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01364 (E.D. La.)
21. *Lundstrom v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01353 (E.D. La.)
22. *Matthews v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01270 (E.D. La.)
23. *Meadows v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01355 (E.D. La.)
24. *Moize v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01352 (E.D. La.)
25. *Morris v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01442 (E.D. La.)
26. *Pengelly v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01396 (E.D. La.)
27. *Pettis v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01351 (E.D. La.)
28. *Pickering v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01350 (E.D. La.)
29. *Pizzo v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01354 (E.D. La.)
30. *Rackley v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01383 (E.D. La.)
31. *Reser v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01349 (E.D. La.)
32. *Richie v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01298 (E.D. La.)
33. *Shockey v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01310 (E.D. La.)
34. *Sinha v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01357 (E.D. La.)
35. *Small v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01379 (E.D. La.)
36. *Stafford v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01393 (E.D. La.)
37. *Steenken v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01367 (E.D. La.)
38. *Stowers v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01378 (E.D. La.)
39. *Sutton v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01381 (E.D. La.)

M00519196З

**Hughes Hubbard & Reed LLP**

---

40. *Thomas v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01299 (E.D. La.)
41. *Thompson v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01361 (E.D. La.)
42. *Torre v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01374 (E.D. La.)
43. *Tyrrell v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01395 (E.D. La.)
44. *Valdiviezo v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01394 (E.D. La.)
45. *Van Kirk et al., v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01447 (E.D. La.)
46. *Waid v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01348 (E.D. La.)
47. *Wallace v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01366 (E.D. La.)
48. *Ward v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01365 (E.D. La.)
49. *Warden v. Merck & Co., Inc.*, C.A. No. 2:06-cv-01391 (E.D. La.)

Respectfully submitted,

*Cecily C. Williams*

Cecily C. Williams

CCW/eas

Enclosures

3