IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| EMBRY WAYNE HESTER, as ) <br> PERSONAL REPRESENTATIVE ) <br> of the ESTATE OF MARTHA ) <br> CAROLYN HESTER, deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MERCK & CO., INC., et al., ) <br> ) <br> Defendants. ) | CIVIL ACTION NO.: <br><br> 2:06-242-MHT |

### PLAINTIFF'S RESPONSE TO COURT'S ORDER OF APRIL 14, 2006

COMES NOW the Plaintiff and responds to the Court's Order of April 14, 2006. Plaintiff has no opposition to the Defendants' motion to stay all proceedings pending transfer by the Judicial Panel on Multidistrict Litigation.

Respectfully submitted,

/s/ Elisabeth French
Elisabeth French
Of Counsel for Plaintiff
Bar Number: ASB-3527-T81E

OF COUNSEL:

PITTMAN HOOKS DUTTON KIRBY & HELLUMS, P.C.
2001 Park Place North
1100 Park Place Tower
Birmingham, Alabama 35203
(205) 322-8880
(205) 328-2711 facsimile

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 19th day of April, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

      /s/ Elisabeth French
      Counsel for Plaintiff