IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
EMBRY WAYNE HESTER, etc.,    )
                             )
    Plaintiff,               )
                             )          CIVIL ACTION NO.
    v.                       )          2:06cv242-MHT
                             )
MERCK & CO., INC., a         )
New Jersey Corporation,      )
et al.,                      )
                             )
    Defendants.              )
```

ORDER

It is ORDERED that the motion to stay (doc. no. 10) is set for submission, without oral argument, on April 21, 2006, with all briefs due by said date.

DONE, this the 20th day of April, 2006.

                                      /s/ Myron H. Thompson
                            UNITED STATES DISTRICT JUDGE