IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| EMBRY WAYNE HESTER, etc., ) | |
| ) | |
|     Plaintiff, ) | |
| ) | CIVIL ACTION NO. |
|     v. ) | 2:06cv242-MHT |
| ) | |
| MERCK & CO., INC., a ) | |
| New Jersey Corporation, ) | |
| et al., ) | |
| ) | |
|     Defendants. ) | |

ORDER

It is ORDERED as follows:

(1) The motion to stay (doc. no. 10) is granted.

(2) All proceedings in this case are stayed pending MDL transfer.

DONE, this the 24th day of April, 2006.

                           /s/ Myron H. Thompson  
                    UNITED STATES DISTRICT JUDGE