**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 1, 2006

# NOTICE OF MDL TRANSFER

Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras St., Room C-151
New Orleans, LA 70130

Re:  In Re: MDL 1657 Vioxx Products Liability Litigatin
     USDC/MDAL Civil Action No. #2:06-cv-00242-MHT
     Embry Wayne Hester v. Merck & Co., Inc., et al.
     USDC/EDLA #: CA 06-2811 SEC. L/3

Dear Clerk:

The referenced case is being transferred to your court pursuant
to the Conditional Transfer Order entered by the Judicial Panel
on Multi-District Litigation on 05/04/06 and filed with your
court on 05/23/06. As requested in your e-mail, the case is being
transferred electronically.  The following documents are being
sent in PDF format to the email address provided in your request:
complaint, the docket sheet, and the MDL Transfer Order.


**ALL FUTURE PLEADINGS SHOULD BE FILED IN THE EASTERN DISTRICT OF
LOUISIANA.**