**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                         TELEPHONE (334) 954-3600

June 1, 2006

# NOTICE OF CORRECTION

| | |
|---|---|
| **From:** | Clerk's Office |
| **Case Style:** | Embry Wayne Hester v. Merck & Co., Inc., et al. |
| **Case Number:** | #2:06-cv-00242-MHT |
| **Referenced Document:** | Document #14<br>Notice of MDL Transfer |

**This notice has been docketed to enter the Certified Copy of Conditional Transfer Order as an attachment to the referenced document which was omitted at the original time of filing due to docketing error. The pdf of the Certified Copy of Conditional Transfer Order is attached to this notice.**

**The docketing text of the referenced document has been modified to incorporate receipt of this attachment.**