**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

June 6, 2006

# NOTICE OF MDL TRANSFER

```
Richard W. Wieking
Clerk of Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:  MDL-1699 In Re Bextra and Celebrex Marketing Sales Practices
     and Products Liability Litigation
     USDC/MDAL Civil Action No. #2:06-cv-00242-MHT
     Embry Wayne Hester v. Merck & Co., Inc., et al.

Dear Clerk:

The referenced case is being transferred to your court pursuant
to the MDL-1699 Conditional Transfer Order (CTO-24) entered by
the Judicial Panel on Multi-District Litigation on 05/04/06
transferring the claims relating to the prescription drugs Bextra
and/or Celebrex and filed with your court on 06/02/06.

As requested in your letter, the case is being transferred
electronically.  The entire original record is being sent in PDF
format to the e-mail address provided in your letter along with a
certified copy of the docket sheet, and the MDL Transfer Order.
```